# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| FURMINATOR, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 4:06-CV-23 CAS |
| v. | ) | |
| | ) | |
| ONTEL PRODUCTS CORP., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on defendants' sealed Motion Regarding Confidentiality of the Court's March 17, 2006 Decision, which asks the Court to issue a redacted, nonconfidential version of the sealed Findings of Fact and Conclusions of Law filed March 17, 2006. Defendants specify as confidential six items of information contained in the Findings and Conclusions, and state that plaintiff Furminator has agreed these items are the only confidential information in the Findings and Conclusions. Plaintiff responded to defendants' motion and stated that it has no objection. The Court will grant defendants' motion and issue a redacted, nonconfidential version of the Findings and Conclusions which omits the specified items.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' Motion Regarding Confidentiality of the Court's March 17, 2006 Decision is **GRANTED**. [Doc. 110]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __19th__ day of April, 2006.